IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

QUADRAMEL TRELLION WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV420-097
)
UNITED STATES OF AMERICA, and )
JOHN T. WILCHER, Sheriff, )
)
    Respondents. )
)

O R D E R

Before the Court is the Magistrate Judge's November 23, 2022, Report and Recommendation (Doc. 5), to which Petitioner has not filed an objection. After a careful review of the record,[1] the report and recommendation (Doc. 5) is **ADOPTED** as the Court's opinion in this case. Petitioner's Motion to Proceed In Forma Pauperis (Doc. 4) is **DENIED**, and Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 3) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

Applying the Certificate of Appealability (COA) standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872, at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1).

SO ORDERED this 20th day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA