AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

QUADRAMEL TRELLION WILLIAMS,

Petitioner,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV420-097

UNITED STATES OF AMERICA, and
JOHN T. WILCHER, Sheriff,

Respondents.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated December 20, 2022 adopting the Report and

 Recommendations of the U.S. Magistrate Judge as the opinion of this Court, Petitioner's Writ

of Habeas Corpus under 28 U.S.C. § 2241 is dismissed without prejudice. Petitioner's Motion to

Proceed In Forma Pauperis is denied and no Certificate of Appealability should be issued. This case

stands closed.



December 20, 2022

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*James R. Burell*

*(By) Deputy Clerk*

GAS Rev 10/2020